# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERIC PETER HEWITT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2461

[April 21, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Kathleen H. Roberts, Judge; L.T. Case No. 432020MM000982MMAXMX.

Eric Peter Hewitt, Pompano Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***